JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WASH, | CV 19-10075 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MAJOR MOTORS CARS, INC. et al., | |
| Defendants. | |

Pursuant to the Court's July 27, 2020 Order granting the Motion for Summary Judgment filed by BMW of North America, LLC and South Bay BMW,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that BMW of North America, LLC and South Bay BMW shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that BMW of North America, LLC and South Bay BMW shall have their costs of suit.

IT IS SO ORDERED.

DATED: July 28, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE